**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                         Case No: 24–33364

Kari Jo Henry–Limon,                            Chapter 13

Debtor(s).

**NOTICE OF DEFICIENCY REGARDING CLAIM**

Claim 35 filed on 05/23/2025 is deficient for the reason(s) checked below:

- [x] non–conforming/outdated form used.
- [ ] claim is unsigned by creditor.
- [ ] form does not state amount of claim.
- [ ] Other:

Missing or incorrect information may delay the processing of your claim. Please submit an amended claim.

All mailed claims must be submitted to the Minneapolis courthouse:

United States Bankruptcy Court – District of Minnesota
301 Diana E. Murphy United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: May 28, 2025                                s/ Tricia Pepin
                                                                             Clerk, United States Bankruptcy Court

                                                                              By: ARW
                                                                              Deputy Clerk